```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2007 AUG 10  AM 11: 46

                                            LORETTA G. WHYTE
                                                 CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GARY PERNICIARO** | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION |
| | * | NO.: 07-3340 |
| | * | |
| versus | * | JUDGE KURT D. ENGELHARDT |
| | * | SECTION: "N" |
| | * | |
| **ALLSTATE INSURANCE COMPANY,** | * | MAGISTRATE: 3 |
| | * | JUDGE DANIEL E. KNOWLES, III |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * *   * * * * * * * * *

## ORDER

IT IS ORDERED THAT all state law based extra-contractual claims including but not limited to the claims for bad faith under LSA-R.S. 22:658, LSA-R.S. 22:1220, La. CC Art. 1994, and La. CC Art. 1997, claims for statutory penalties under LSA-R.S. 22:658, LSA-R.S. 22:1220, La. CC Art. 1994, and La. CC Art. 1997 for arbitrary and capricious handling of his flood loss claim, and interest against Allstate Insurance Company, the Write-Your-Own Program carrier, found in the Plaintiff's Petition for Damages be dismissed with prejudice as preempted and barred by federal constitutional, statutory and regulatory law.

```
                                               ___ Fee_____
                                               ___ Process___
                                                X  Dktd_____
                                               ___ CtRmDep___
                                               ___ Doc. No___
```

IT IS ORDERED THAT all federal common law and federal common law bad faith claims against Allstate, the WYO carrier, for attorney's fees, costs, interests and penalties be dismissed, thus leaving only the breach of contract claims to proceed.

IT IS FURTHER ORDERED THAT Plaintiff reserves his rights as to all claims against Allstate Insurance Company, the homeowner insurance carrier.

Considering the Rule 41(a) Stipulation of Partial Voluntary Dismissal;

It is hereby ORDERED that all of Plaintiff's extra-contractual claims, including but not limited to penalties, disbursements, attorney's fees, interest and litigation expenses are dismissed **with prejudice**, as well as all of Plaintiff's federal common law and federal common law bad faith claims against Allstate, the WYO carrier, for attorney's fees, costs, interests and penalties be dismissed **with prejudice** leaving only Plaintiffs' breach of contract claim against Allstate, the WYO carrier, to proceed.

This done and signed this 9th day of August, 2007, New Orleans, Louisiana.

JUDGE